UNITED STATES of America,
Plaintiff–Appellee,

v.

Marlo BROWN, Defendant–Appellant.

No. 13–7111.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

Marlo Brown, Appellant pro se. Benjamin M. Block, Charles Joseph Peters, Sr., Office of the United States Attorney, Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlo Brown appeals the district court's order denying relief on Brown's 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 1:07–cr–00426–RDB–1 (D.Md. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*